ALSTON & BIRD LLP
Gerard S. Catalanello, Esq.
James J. Vincequerra, Esq.
90 Park Avenue
New York, NY 10016
(212) 210-9400

*Attorneys for Hutton Ventures LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| NEW WORLD EVENTS GROUP INC., | : | Case No. 17-11799 (JLG) |
| | : | |
| Debtor. | : | |

------------------------------------------------------x

**NOTICE OF APPEARANCE AND DEMAND FOR NOTICE AND PAPERS**

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned case on behalf of Hutton Ventures LLC ("Hutton"), pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code, and hereby requests that any and all notices given or required to be given in this case and all papers served or required to be served in this case, be delivered to and served upon the persons listed below at the following addresses, telephone and facsimile numbers:

Gerard S. Catalanello, Esq.
James J. Vincequerra, Esq.
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
Phone: (212) 210-9400
Fax: (212) 210-9444
Email: Gerard.Catalanello@alston.com
James.Vincequerra@alston.com

PLEASE TAKE FURTHER NOTICE THAT the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code and Federal Rules of

Bankruptcy Procedure provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statement of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether formal or informal whether written or oral and whether transmitted or conveyed by mail delivery, telephone, facsimile, or otherwise in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive Hutton's (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Hutton is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated:  New York, New York
       June 30, 2017

                              ALSTON & BIRD LLP

                              By: /s/ Gerard S. Catalanello
                                    Gerard S. Catalanello, Esq.
                                    James J. Vincequerra, Esq.
                                    90 Park Avenue
                                    New York, NY 10016
                                    Telephone: (212) 210-9562

                          *Attorneys for Hutton Ventures LLC*