Joel H. Levitin
Richard A. Stieglitz Jr.
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005
Telephone: (212) 701-3000

*Attorneys for FMP Agency Services, LLC and*
*Attorneys for Falcon Strategic Partners IV, LP*

------------------------------------------------------------x
In re                                                              Chapter 11

NEW WORLD EVENTS GROUP INC.                Case No. 17-11799 (JLG)

        Debtor.
------------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Code § 1109(b) and Bankruptcy Rules 2002, 3017(a), 9007, and 9010, Cahill Gordon & Reindel LLP, on behalf of FMP Agency Services, LLC, and Falcon Strategic Partners IV, LP (together "Falcon"), hereby appears in the Chapter 11 cases of the above-captioned debtor and debtor-in-possession (the "Debtor").

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code § 1109(b), all pleadings, documents, and notices (including, without limitation, not only those pleadings, documents, and notices referred to in Bankruptcy Rule 2002, but also any orders, applications, motions, petitions, requests, complaints, answers, replies, schedules of assets or liabilities, statements of financial affairs, operating reports, plans of reorganization, disclosure statements, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, e-mail, or otherwise) filed, given, or to be given in the Debtor's cases should be given and served upon Cahill Gordon &

Reindel LLP, Eighty Pine Street, New York, New York  10005 (Attn: Joel H. Levitin, Esq., and Richard A. Stieglitz Jr., Esq., at jlevitin@cahill.com and rstieglitz@cahill.com), on behalf of Falcon.

PLEASE TAKE FURTHER NOTICE that neither this notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with the Debtor's Chapter 11 cases is intended to be, or shall be construed as (a) a waiver of Falcon's right to assert that 28 U.S.C. § 157(b) is unconstitutional; (b) consent or submission by Falcon, or waiver of Falcon's right to object to, the jurisdiction of the Bankruptcy Court for any purpose; (c) a waiver of Falcon's right to have final orders in non-core matters entered only after *de novo* review by a District Court; (d) a waiver of any right of Falcon to trial by jury; (e) a waiver of Falcon's right to have the reference withdrawn by a District Court for any matter involving Falcon to assert that the reference has already been withdrawn; or (f) Falcon's right to have any unliquidated portions of any claim determined by an applicable state court, all of which rights are expressly reserved.

PLEASE TAKE FURTHER NOTICE that this notice is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupments under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against the Debtor or any other entity either in these cases or in any other action are expressly reserved.

Dated: New York, New York
      July 6, 2017

Respectfully submitted,

CAHILL GORDON & REINDEL LLP

/s/ Joel H. Levitin
Joel H. Levitin
Richard A. Stieglitz Jr.
Eighty Pine Street
New York, New York  10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
jlevitin@cahill.com
rstieglitz@cahill.com

*Attorneys for FMP Agency Services, LLC, and Falcon Strategic Partners IV, LP*

3