**BLANK ROME LLP**
Rick Antonoff, Esq.
Evan J. Zucker, Esq.
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-0208
Telephone: (212) 885-5000
Facsimile: (212) 885-5001

*Attorneys for CC Funding, a division of Credit Cash NJ LLC, and Entrepreneur Growth Capital, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**NATIONAL EVENTS OF AMERICA INC.,**<br><br>Debtor. | **Chapter 11**<br>**Case No. 17-11798 (JLG)** |
| In re:<br><br>**NEW WORLD EVENTS GROUP, INC.,**<br><br>Debtor. | **Chapter 11**<br>**Case No. 17-11799 (JLG)** |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

***PLEASE TAKE NOTICE*** that Blank Rome LLP hereby appears in the above-captioned cases as counsel for CC Funding, a division of Credit Cash NJ LLC, and Entrepreneur Growth Capital, LLC (collectively, the "***Lenders***") and requests, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), that copies of all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

Rick Antonoff, Esq.<br>
Evan J. Zucker, Esq.<br>
**BLANK ROME LLP**<br>
The Chrysler Building<br>
405 Lexington Avenue<br>
New York, New York 10174-0208<br>
Telephone:  (212) 885-5000<br>
Facsimile:  (212) 885-5001<br>
rantonoff@blankrome.com<br>
ezucker@blankrome.com

***PLEASE TAKE FURTHER NOTICE*** that the foregoing demand includes, without limitation, the notices and papers referred to in Bankruptcy Rule 2002, any orders and notice of any application, complaint, demand, motion, petition, pleading or request whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, hand delivery, overnight carrier, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

***PLEASE TAKE FURTHER NOTICE*** that the undersigned intends that neither this Notice of Appearance and Request for Service of Papers nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of any substantive or procedural rights of the Lenders, including, without limitation, to: (i) have final orders in non-core matters entered, where consistent with Article III of the United States Constitution, only after *de novo* review by the United States District Court for the Southern District of New York (the "***District Court***"); (ii) the right to trial by jury in any proceeding related to these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, and (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Lenders are or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments are expressly reserved.

999998.03373/105958845v.1

| | |
|---|---|
| Dated:  New York, New York<br>July 20, 2017 | **BLANK ROME LLP**<br><br>*/s/ Rick Antonoff*<br>Rick Antonoff, Esq.<br>Evan J. Zucker, Esq.<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, New York 10174-0208<br>Telephone:  (212) 885-5000<br>Facsimile:  (212) 885-5001<br>E-mail:  rantonoff@blankrome.com<br>       ezucker@blankrome.com<br><br>*Attorneys for CC Funding, a division of Credit Cash NJ LLC, and Entrepreneur Growth Capital, LLC* |